UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ROSLYN J. CAESAR | CIVIL ACTION NO. 3:19-cv-00915 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LOUISIANA TECH UNIVERSITY | MAGISTRATE JUDGE KAREN L. HAYES |

FIRST AMENDED COMPLAINT
UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964

The First Amended Complaint of Plaintiff, ROSLYN J. CAESAR (hereinafter "Caesar" or "Plaintiff"), a competent major resident and domiciliary of Ruston, Louisiana, respectfully represents that:

1.

Made Defendant herein is Plaintiff's former employer, LOUISIANA TECH UNIVERSITY (hereinafter "Louisiana Tech" or "Defendant"), which is a member of the University of Louisiana System.

JURISDICTION

2.

Jurisdiction is proper in this case based upon a federal question.

VENUE

3.

Venue is appropriate in this matter as all relevant activities have taken place within the Western District of Louisiana.

## LIABILITY

4.

Plaintiff worked as an administrative coordinator at Louisiana Tech since 1994.

5.

Plaintiff had surgery on her shoulder on or about May of 2015.

6.

Plaintiff was granted leave from May 29, 2015, through August 21, 2015.

7.

The authorized representative of the Defendant notified Plaintiff that she might be removed from her employment because her leave time was running out.

8.

Plaintiff asked to be allowed to visit with her physician before being removed from her employment as an administrative coordinator.

9.

Defendant, Louisiana Tech University, did not allow Plaintiff to visit her physician before terminating her employment effective September 14, 2015.

10.

On information and belief, Plaintiff had approximately eight (8) hours of leave remaining at the time of her termination.

11.

Plaintiff was a disabled employee who was terminated by Defendant without Defendant's making any effort to engage in an interactive discussion to assess possible accommodations.

12.

Plaintiff properly submitted to the EEOC a charge of discrimination against the Defendant in 2016.

13.

By letter dated July 24, 2018, the EEOC Field Director, Keith T. Hill, attempted or proposed to confect a conciliation agreement.

14.

By letter dated September 11, 2018, the EEOC issued a Notice of Conciliation Failure. The matter was submitted to the Department of Justice.

15.

By letter dated April 23, 2019, the Department of Justice advised Plaintiff of her right to sue.

16.

The pertinent documents were submitted by the Plaintiff *pro se*.

17.

Plaintiff seeks damages pursuant to the Americans with Disabilities Act.

## DAMAGES

18.

Plaintiff was an hourly wage employee who made over $10.00 an hour at the time of her termination.

19.

Plaintiff has been out of work since her termination.

## PRAYER

WHEREFORE, Plaintiff, ROSLYN J. CAESAR, prays for an award for damages resulting from her lost wages from the date of her termination, such future wages as are allowed, attorney's fees, and costs, as well as any and all other relief available under either law or equity.

        TYLER GRAHAM STORMS
        ATTORNEY AT LAW, L.L.C.
        LA BAR ROLL #24664
        941 North Trenton Street
        Ruston, Louisiana 71270
        Phone: 318-255-7805
        Facsimile: 318-255-7815
        Trial Attorney for Plaintiff,
        Roslyn J. Caesar


        /s/Tyler Graham Storms
BY:_____
        TYLER GRAHAM STORMS