UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROSLYN J CAESAR** | **CASE NO. 3:19-CV-00915** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA TECH UNIVERSITY** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED ADJUDGED AND DECREED** that defendant's Motion to Dismiss [Doc. No. 13] is **GRANTED,** and plaintiff's complaint is hereby **DISMISSED, WITHOUT PREJUDICE**, in its entirety, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(h)(3).

Monroe, Louisiana, this 18th day of November, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE